IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **BUDGET PEST PREVENTION, INC.,** ) <br> individually and on behalf of persons ) <br> similarly situated, ) <br> ) <br>     **Plaintiff** ) <br> ) <br> v ) <br> ) <br> **BAYER CORPORATION, BAYER** ) <br> **CROPSCIENCE, P.A., BSAF** ) <br> **CORPORATION, ORKIN, INC. and THE** ) <br> **TERMINIX INTERNATIONAL COMPANY** ) <br> **LIMITED PARTNERSHIP,** ) <br> ) <br>     **Defendants.** ) | **CIVIL NO. 1:05cv90** |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of John F. Ryan and Eric S. Mattson of the firm of Sidley, Austin, Brown & Wood, LLP to appear as counsel for Orkin, Inc. in this matter filed on May 18, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that John F. Ryan and Eric S. Mattson of the firm of Sidley, Austin, Brown & Wood, LLP are hereby granted special admission to the bar of this court, payment of the admission fee having been paid to the Clerk of this court.

**Signed: May 19, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge