IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| BUDGET PEST PREVENTION, INC., )<br>individually and on behalf of )<br>persons similarly situated, )<br>)<br>Plaintiffs )<br>)<br>v )<br>)<br>BAYER CORPORATION, BAYER )<br>CROPSCIENCE, L.P., BASF )<br>CORPORATION, ORKIN, INC., AND THE )<br>TERMINIX INTERNATIONAL COMPANY )<br>LIMITED PARTNERSHIP, )<br>)<br>Defendants. ) | CIVIL NO. 1:05cv90 |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of George T. Manning, L. Trammell Newton, Jr. And Robert A. Schmoll of the firm of Jones Day to appear as additional counsel for Bayer Corporation and Bayer Cropscience, L.P. in this matter filed on May 27, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that George T. Manning, L. Trammell Newton, Jr. And Robert A. Schmoll of the firm of Jones Day are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: June 2, 2005**

Dennis L. Howell
United States Magistrate Judge