## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| **BUDGET PEST PREVENTION, INC.,** | ) | |
| **individually and on behalf of** | ) | |
| **persons similarly situated,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **CIVIL NO. 1:05cv90** |
| **v** | ) | |
| | ) | |
| **BAYER CORPORATION, BAYER** | ) | |
| **CROPSCIENCE, L.P., BASF** | ) | |
| **CORPORATION, ORKIN, INC., AND THE** | ) | |
| **TERMINIX INTERNATIONAL COMPANY** | ) | |
| **LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of James H. Mutchnik, Colin R. Kass, Thomas J. Lang, and Korin K. Ewing of the firm of Kirkland & Ellis, LLP to appear as additional counsel for The Terminix International Company Limited Partnership in this matter filed on June 3, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that James H. Mutchnik, Colin R. Kass, Thomas J. Lang, and Korin K. Ewing of the firm of The Terminix International Company Limited Partnership are hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: June 7, 2005**


Dennis L. Howell
United States Magistrate Judge