## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| BUDGET PEST PREVENTION, INC., ) <br> Individually and on behalf of ) <br> persons similarly situated, ) <br> ) <br> **Plaintiff** ) <br> ) <br> v ) <br> ) <br> BAYER CORPORATION, BAYER ) <br> CROPSCIENCE, L.P., BASF CORPORATION, ) <br> ORKIN, INC., AND THE TERMINIX ) <br> INTERNATIONAL COMPANY ) <br> LIMITED PARTNERSHIP ) <br> ) <br> **Defendants,** ) | CIVIL NO. 1:05CV90 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of David Barry of the firm of Barry & Associates, to appear as counsel for the plaintiff in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that David Barry is hereby granted special admission to the bar of this court, payment of the admission fee having been paid to the Clerk of this court.

**Signed: June 21, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge