**FILED**
ASHEVILLE, N. C.

JAN -5 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:05CV90

| | |
|---|---|
| Budget Pest Prevention, Inc., individually and on behalf of persons similarly situated, )<br><br>Plaintiff )<br><br>vs. )<br><br>Bayer Corporation, Bayer Cropscience, L.P., and BASF Corporation )<br><br>Defendants. ) | **CONSENT ORDER** |

This matter is before the Court on Motion of Bayer Defendants regarding shielding certain discovery involving the parties' experts. This Motion has been consented to by Plaintiff and the Defendant BASF Corporation.

Bayer represents that all parties have agreed to the entry of a Consent Order which is attached to the Motion as Exhibit A.

The Court is inclined to grant said Motion and enter the Order as proposed and consented to by all parties.

IT IS THEREFORE ORDERED as follows:

That Bayer Defendants' Motion be and the same is hereby granted by and with the consent of all parties.

This 30th day of December, 2005

_____
DENNIS L. HOWELL
MAGISTRATE JUDGE