FILED
ASHEVILLE, N. C.

JAN - 5 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:05CV90

| | |
|---|---|
| Budget Pest Prevention, Inc., individually and on behalf of persons similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>Bayer Corporation, Bayer Cropscience, L.P., and BASF Corporation<br><br>Defendants. | **CONSENT ORDER REGARDING EXPERT DISCOVERY** |

Pursuant to a Consent Motion filed and granted it is hereby ORDERED, by and with the consent of all parties, as follows:

1. The purpose of this Order is to shield from discovery the collaborative process involved in preparing the written report and testimony of a witness who is retained or specially employed to provide expert testimony in this case, including communication among experts who are not employees of a party, their staffs and counsel;

2. No preliminary or draft report of such retained or specially employed expert witness shall be subject to discovery. Except to the extent that such a communication conveys factual information upon which such witness actually relied in forming his or her opinions, no communication between or among any such witness, and/or any other expert, and/or the staff, agents or employees of such witness or of any other expert, and/or counsel for any party, shall be subject to discovery;

3. Discovery with respect to an expert witness who is a present or former employee of a party shall not be subject to the foregoing limitations; and

4. Except as provided herein, discovery with respect to expert witnesses shall be governed by the Federal Rules of Civil Procedure.

This the 30th day of December, 2005

*/s/ Dennis L. Howell*
DENNIS L. HOWELL
MAGISTRATE JUDGE