# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV90

| | |
|---|---|
| VALUEPEST.COM OF CHARLOTTE, INC., f/k/a Budget Pest Prevention, Inc.; NATIONAL PEST CONTROL, INC.; and PEST PROS, INC., individually and on behalf of persons similarly situated, <br><br> Plaintiffs, <br><br> Vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, L.P.; and BASF CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) ) |

**THIS MATTER** is before the Court on motion of the Defendants Bayer Corporation and Bayer Cropscience, L.P. ("Bayer") to file under seal their reply memorandum in support of their motion for summary judgment and supporting appendix.

For the reasons stated in the motions and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of the Bayer Defendants to seal is **ALLOWED**, and the above listed documents are hereby **SEALED** until further order of this Court.

Signed: January 25, 2007

Lacy H. Thornburg
United States District Judge