IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV90

| | |
|---|---|
| VALUEPEST.COM OF CHARLOTTE, INC., f/k/a Budget Pest Prevention, Inc.; NATIONAL PEST CONTROL, INC.; and PEST PROS, INC., individually and on behalf of persons similarly situated, <br><br> Plaintiffs, <br><br> Vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, L.P.; and BASF CORPORATION, <br><br> Defendants. | <u>J U D G M E N T</u> |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' motion for summary judgment on the issue of liability is **DENIED**, and the motions of Defendants Bayer Corporation/Bayer Cropscience, L.P., and Defendant BASF Corporation for summary

judgment are **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: July 13, 2007

Lacy H. Thornburg
United States District Judge